

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**    **Matter to be Sealed**

Jackson / Western

☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Ernest L. Hall

Alias Name:

Birth Date: 05/07/1963

**Related Case Information**

Superseding Indictment? ☐ Yes  ■ No   If yes, original case number:
New Defendant(s)? ☐ Yes  ■ No

Prior Complaint Case Number, if any: 24-MJ-00162-JAM

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Green, D. Michael

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
■ No

**Location Status**

Arrest Date:

■ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes  ■ No
**Warrant Required?** ☐ Yes  ■ No

**U.S.C. Citations**

Total # of Counts    7

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:933.F CONSPIRACY TO TRAFFIC FIREARMS | 1 |
| 2 | 18:923.F ENGAGING IN FIREARMS SALES WITHOUT A LICENSE | 2 |
| 3 | 18:933A.F TRAFFICKING FIREARMS | 3, 4, 8, 9 |
| 4 | 18:922G.F FELON IN POSSESSION OF FIREARMS | 12 |

(May be continued on reverse)

revised: 12/02/2024

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 5 | 18:934.F FORFEITURE | FA1 |
| 6 | 18:924D.F SEIZURE, FORFEITURE AND DISPOSITION OF FIREARM | FA2 |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |